PFE/WRM: SEPT. 2023
GJ#16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No. |
| | ) |
| **JERROD MAURY WHITE** | ) |

## <u>INDICTMENT</u>

<u>**COUNT ONE**</u>**: [18 U.S.C. § 922(g)(1)]**

The Grand Jury charges:

That on or about the 27th day of February 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**JERROD MAURY WHITE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, **approximately 42 rounds of PMC 9mm ammunition,** and the ammunition was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). **WHITE** was convicted on May 3, 2018, in the Circuit Court of Jefferson County, Bessemer Division, Alabama, of the offense of **Robbery in the First Degree**, in case number CC-2017-439, and was convicted on February 7, 2019, in the District Court of Shelby County, Alabama, of the offense of **Theft of**

**Property in the Third Degree**, in case number DC 2017-3285, each of the said offenses being a crime punishable by imprisonment for a term exceeding one year.

## COUNT TWO:  [18 U.S.C. §§ 922(o) and 924(a)(2)]

The Grand Jury charges that:

On or about the 27th day of February 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

### JERROD MAURY WHITE,

did knowingly possess a machinegun, that is, a Glock-type 9mm pistol modified by the installation of a machinegun conversion device designed to convert a firearm to shoot automatically more than one shot, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE:  [26 U.S.C. § 5861(d)]

The Grand Jury charges that:

On or about the 27th day of February 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

### JERROD MAURY WHITE,

knowingly received and possessed a firearm, that is, a Glock-type 9mm pistol modified by the installation of a machinegun conversion device designed to enable automatic fire, not registered to him in the National Firearms Registration and

Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF FORFEITURE
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Counts One through Three of this Indictment, the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, **approximately 42 rounds of PMC 9mm ammunition and a Glock-type, 9mm caliber pistol, bearing no serial number, and any associated magazines.**

A TRUE BILL

/s/Electronic Signature
_____
FOREPERSON OF THE GRAND JURY

                                         PRIM F. ESCALONA
                                         United States Attorney

                                         */s/Electronic Signature*
                                         _____
                                         WILLIAM R. MCCOMB
                                         Assistant United States Attorney