# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:23-CR-319-MHH-GMB-001 |
| ) | |
| JERROD WHITE, ) | |

## DEFENDANT'S WRITTEN RESPONSE TO THE
## PRESENTENCE INVESTIGATION REPORT

Prepared for:               The Honorable Madeline H. Haikala
                            United States District Judge

Prepared by:                Jason L. Wollitz, Esq.
                            1823 Third Avenue North
                            Bessemer, Alabama 35203
                            205-541-6033
                            jasonwollitz@gmail.com

Asst. United States Attorney:   William Reed McComb,
                                1801 Fourth Avenue North
                                Birmingham, Alabama 35203
                                205-244-2154

United States Probation:    Jennifer Reese
                            Birmingham, AL
                            205-716-2917
                            jennifer_reese@alnp.uscourts.go

Sentencing:                 04 April 2024 at 1:30 p.m.

**COMES NOW, the Defendant, Jerrod White**, (hereinafter "Defendant") by and through his undersigned counsel and pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure, hereby files no objections to the Presentence Investigation Report ("PSR") prepared by the probation office and as grounds therefore would state the following:

1. That the Defendant received a copy of the pre-sentence report prepared by United States Probation Officer, Jennifer Resse on 28 February 2024.

2. That Counsel for the defendant reviewed the submission and found that the report submitted was in full compliance with existing sentencing guideline recommendations.

3. That Counsel for the defendant reviewed the submission and found that the report submitted adequately and appropriately reflected the factual basis of the charge, the current guideline recommendations and the defendant's criminal history.

4. That counsel for the defendant questioned whether the four-point enhancement under USSG 2k2.1(1)(b)(4) applied to the possession of a "ghost" gun when the statute specifically states "altered or destroyed" serial numbers whereas a "ghost" gun, by its very nature, does not have serial numbers which can be altered or destroyed.

5. That in reviewing Amendment 819 to the USSG and a reading of the USSC committee notes relating to this issue and effective as of 01 November 2023, counsel for the Defendant finds that the enhancement does apply in the circumstances of the Defendant's case and the issue in moot.

6. That the Defendant does not take any other exceptions to pre-sentence report and has no objection to the Court accepting it in its current form.

**WHEREFORE, premises considered, the Defendant, Jerrod White**, (hereinafter "Defendant") by and through his undersigned counsel and pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure, hereby files no objections to the Presentence Investigation Report ("PSR") prepared by the probation office.

Respectfully submitted this the 13th day of March, 2024.

Respectfully submitted,

/s/ *Jason L. Wollitz*

Jason L. Wollitz
Attorney for Defendant:
Jerrod White

### CERTIFICATE OF SERVICE

I certify that I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system, and thereby caused a copy to be served on the United States Attorney of record.

/s/ *Jason L. Wollitz*
Jason L. Wollitz
Attorney for Defendant:
Jerrod White